**Order filed December 3, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00637-CV

_____

### EDWARD MAYO, Appellant

### V.

### FIVE STAR MERCHANT SERVICES, INC., Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-26253**

## CONTINUING  ABATEMENT  ORDER

On November 5, 2013, this court granted appellant's agreed motion to abate this appeal until November 26, 2013, so that the parties could continue settlement negotiations. On November 22, 2013, the parties filed a joint motion to continue the abatement period until **December 23, 2013.** We **GRANT** the motion.

The court **ORDERS** the abatement continued until **December 23, 2013**. The appellate deadlines in this case are suspended until the abatement period has ended.

If the parties are successful in their settlement negotiations, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **ten days** from the conclusion of the abatement period. If no settlement agreement is reached, appellant shall file his brief at the end of the abatement period.

The appeal remains **ABATED**, treated as a closed case, and removed from this court's active docket until December 23, 2013, at which time the appeal will be reinstated. The court will also consider an appropriate motion to reinstate the appeal filed by any party. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may also file a motion to extend the abatement period to finalize a settlement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.

2